JOHN DOYLE, Appellant, *v.* ATLANTIC STEVEDORING COMPANY, Respondent.

*Doyle* v. *Atlantic Stevedoring Co.*, 164 App. Div. 160; affirmed.
(Argued October 17, 1917; decided November 2, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. Plaintiff, while in the employ of defendant as a longshoreman, was engaged in stowing railroad rails in the hold of a steamship. The rails were lowered by certain of his co-employees by means of a sling containing three rails each. They were bound together by a chain sling and attached to a fall which lowered them into the hold where plaintiff and other co-employees unbound and stowed them. While one of the loads was being lowered, one of the links in the chain which bound up the rails broke, and one of them slid along the hold of the vessel and struck plaintiff's foot, inflicting injuries to recover damages for which this action was brought.

*Bertrand L. Pettigrew* for appellant.

*John C. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J.; COLLIN, CUDDEBACK and ANDREWS, JJ. Dissenting: CARDOZO and POUND, JJ. Not sitting: CRANE, J.